**JENNIFER L. COON**
California State Bar No. 203913
FEDERAL DEFENDERS OF SAN DIEGO, INC.
225 Broadway, Suite 900
San Diego, California 92101
Telephone: (619) 234-8467
Email: jennifer_coon@fd.org

Attorneys for Mr. Lara de la Torre

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

**(HONORABLE BARRY TED MOSKOWITZ)**

| | | |
|---|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>JOSE LUIS LARA DE LA TORRE,<br><br>Defendant. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) | Case No. 08CR1288-BTM<br><br>**JOINT MOTION FOR CONTINUANCE OF SENTENCING HEARING** |

**IT IS HEREBY JOINTLY MOVED** by the parties that the Sentencing Hearing currently scheduled for August 8, 2008, at 11:30 a.m., be continued to September 19, 2008, at 2:30 p.m., before the Honorable Barry Ted Moskowitz.

Respectfully submitted,

DATED: August 5, 2008

/s/ JENNIFER L. COON
Federal Defenders of San Diego, Inc.
Attorneys for Defendant Lara de la Torre
jennifer_coon@fd.org

DATED: August 5, 2008

/s/ CARLA J. BRESSLER
Assistant United States Attorney

**CERTIFICATE OF SERVICE**

Pursuant to Section 2(f)(4) of the Electronic Case Filing Administrative Policies and Procedures of the United States District Court for the Southern District of California, I certify that the content of this document is acceptable to counsel for the Plaintiff and that I have obtained authorization from opposing counsel to affix electronic signature to this document. Counsel for Defendant certifies that the foregoing pleading is true and accurate to the best information and belief, and that a copy of the foregoing document has been caused to be delivered this day upon:

Courtesy Copy Chambers

Copy Assistant U.S. Attorney via ECF Notice of Electronic Filing

Copy Defendant

Dated: August 5, 2008

/s/ JENNIFER L. COON

Federal Defenders of San Diego, Inc.
225 Broadway, Suite 900
San Diego, CA 92101-5030
(619) 234-8467 (tel)
(619) 687-2666 (fax)
jennifer_coon@fd.org (email)