UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

**(HONORABLE BARRY TED MOSKOWITZ)**

| | | |
|---|---|---|
| UNITED STATES OF AMERICA,<br>Plaintiff,<br>v.<br>JOSE LUIS LARA DE LA TORRE,<br>Defendant. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) | Case No. 08CR1288-BTM<br><br>**ORDER** |

**IT IS HEREBY ORDERED** that the Sentencing Hearing currently scheduled for August 8, 2008, at 11:30 p.m. be continued to September 19, 2008, at 2:30 p.m.

**SO ORDERED.**

DATED: August 6, 2008

Barry Ted Moskowitz

Honorable Barry Ted Moskowitz
United States District Judge